IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE DALE OTTO,                                    No. CIV-S-02-0069 MCE DAD P

       Petitioner,

  v.                                                                    ORDER

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF MENTAL
HEALTH,
       Respondent,
                                     /

      Petitioner is a former state prisoner who has been subsequently confined under a civil commitment. He is proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 28, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2  this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations filed April 28, 2005, are adopted in full; and
7  2.  Petitioner's application for a writ of habeas corpus is denied.
8  DATED: May 27, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE